**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
LOWELL YOUNG and JOAN YOUNG      :
                                 : CIVIL ACTION
          Plaintiffs             :
                                 :
     vs.                         : NO. 15-CV-5436
                                 :
THE HOME DEPOT U.S.A., INC.      :
d/b/a/ THE HOME DEPOT, and       :
THE HOME DEPOT, INC., d/b/a      :
HOME DEPOT                       :
                                 :
          Defendants             :
                                 :
     vs.                         :
                                 :
NATE'S ON THE GO                 :
CONSTRUCTION, INC.               :
                                 :
          Third Party Defendant  :
```

**ORDER**

     AND NOW, this   29th   day of September, 2016, upon
consideration of the Motion for Summary Judgment of the Home
Depot U.S.A., Inc. and the Home Depot, Inc., both d/b/a Home
Depot (Doc. No. 34) and Plaintiffs' Response thereto, it is
hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN
PART and Judgment as a Matter of Law is entered in favor of
Moving Defendants and against Plaintiffs on Counts I, II, III, V,
VI and those portions of Count VII raising claims under 73 P.S.

§201-2(4)(vi), (vii), (ix) and (xiv) of Plaintiffs' Complaint.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,     J.